```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                                   )
I.A.M. NATIONAL PENSION FUND,      )
NATIONAL PENSION PLAN, et al.,     )
                                   )
                Plaintiffs,        )
                                   )
     v.                            )   Case No.  06CV610 RMC
                                   )
ACCURATE MANUFACTURING CO.,        )
                                   )
                Defendant.         )
_____)
```

### NOTICE OF CHAPTER 7 PETITION

1. I am one of the attorneys for the Plaintiff Plan in the above-titled action.

2. On April 10, 2006 I received a Notice of the Voluntary Chapter 7 petition of the defendant, Accurate Manufacturing Co. The petition is pending before the United States Bankruptcy Court for the Northern District of Illinois, Case No. 06-03582. The case was filed on April 4, 2006.

Dated April 12, 2006            /S/
                                _____
                                Joseph P. Martocci, Jr., #955716
                                1300 Connecticut Ave., NW
                                Suite 300
                                Washington, DC 20036
                                (202) 785-2658
                                jmartocci@iamnpf.org

                                Attorney for Plaintiffs